IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 8:06CR61 |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **ROBERTO M. MORALES, SR.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the oral motion of W. Russell Bowie to withdraw as counsel for defendant Roberto M. Morales, Sr. (Morales). Mr. Bowie will be leaving the private practice of the law due to his recent appointment as a district judge for the State of Nebraska. Mr. Bowie was appointed as counsel for the defendant pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. Substitute counsel will be appointed.

**IT IS ORDERED:**

1. Mr. Bowie's motion to withdraw is granted, and Mr. Bowie has leave to withdraw as counsel for Morales.

2. Clarence E. Mock, P.O. Box 62, Oakland, NE 68045, (402) 685-5647, is appointed to represent Morales for the balance of these proceedings. Mr. Mock shall file an appearance in this matter forthwith.

3. Mr. Bowie shall forthwith provide Mr. Mock with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Bowie which are material to Morales's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to Mr. Mock and the Office of the Federal Public Defender.

**IT IS FURTHER ORDERED** that Mr. Bowie shall submit his final CJA voucher to the office of the Federal Public Defender within forty-five (45) days of this order.

DATED this 7th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge